Case: 01-15-00138-CV    5/5/15

A Motion To The Court to
Petition A partial Payment
of Filing Fee

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 5 2015

CHRISTOPHER A. PRINE

CLERK _____

An appeal to the Court is requested because
of Guardianship; has taken My social
Security check using and electronic gate to
pay their fees for rent as well as mind.
The Guardian says she plays the lottery and
I received a portion of the money from
social security-to pay your $33.00 every
two weeks until the $1,95.00 is satisfied.
I request that I make and imediate payment
because of a timely lost of currency comming
to court with Metro Transportation Sir,
court I am not guilty; I want equal
rights as guardian. I have a letter from
Reliant enenergy that states I paid and
managed my utilities and I was a good
client. Court all I am saying is that
I am a responsible manerger of my income
my utility was use by other people in
the apartment complex without my
knowlege I steal said the bills behind a
neglect of the manager to stop the people from useing my line.



an NRG company

Reliant
PO BOX 3765
HOUSTON, TX 77253-3765

April 30, 2015

>000262 5242913 0001 008103 10Z
DEBRA MC DONALD CHANDLER
3316 BLODGETT ST
HOUSTON, TX 77004-6305

RE: Reliant Account 669135 - 6

Dear DEBRA MC DONALD CHANDLER:

Thank you for contacting Reliant. At your request, we are providing payment history of the account listed above.

Service Address: 10100 S GESSNER RD #520, HOUSTON, TX 77071-1034

| | |
|---|---|
| Service Initiated: | 10/03/2007 |
| Months of Service: | 21 |
| Number of Late Payments in Last 12 Months of Service: | 0 |
| Number of Returned Payments in Last 12 Months of Service: | 0 |

Thank you for the opportunity to serve you. Should you have any questions, please contact us at 1-866-222-7100 or chat with us online at *reliant.com*.

As always, we appreciate your business and will continue to provide the best-in-class customer service you've come to expect. It's just another reason you can rely on Reliant.

Sincerely,

J. Stacy Davis
Reliant Customer Care

R1S1c

Reliant is a registered servicemark of Reliant Energy Retail Holdings, LLC.
Reliant Energy Retail Services, LLC. (PUCT Certificate #10007)
© 2014 Reliant Energy Retail Holdings, LLC. All rights reserved.